No. 228. SEXTON *v.* BARRY. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *Thomas O. Nevison* for respondent. .

No. 229. BEAUMONT *v.* PENNSYLVANIA RAILROAD Co. ET AL. Court of Appeals of New York. Certiorari denied. *Morrie Slifkin* for petitioner. *Edward F. Butler* for respondents. .

No. 230. FRACH ET AL. *v.* SCHOETTLER, DIRECTOR, DEPARTMENT OF FISHERIES, ET AL. Supreme Court of Washington. Certiorari denied. *John Spiller* and *Smith Troy* for petitioners. *Don Eastvold,* Attorney General of Washington, and *Joseph T. Mijich* and *E. P. Donnelly,* Assistant Attorneys General, for respondents.

No. 234. SEAWRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Rees H. Davis* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 235. FAIRMONT ALUMINUM Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Earl Q. Kullman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 237. ARMCO DRAINAGE & METAL PRODUCTS, INC., FABRICATING DIVISION, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Carl M. Jacobs* for petitioner. *Solicitor General Sobeloff, Theo-*